UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRITTNEY YOUNG, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:11CV00754 AGF |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion for attorney's fees in the amount of $1,931.99, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Plaintiff is the prevailing party in her action challenging the Commissioner of Social Security's denial of her application for Supplemental Security Income. Her request for fees is supported by appropriate documentation, and the Commissioner states that he does not object to the amount of fees sought. The Commissioner points out, however, that the fees must be paid directly to Plaintiff, pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Upon review of the record,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is **GRANTED** in the amount of $1,931.99, payable directly to Plaintiff. (Doc. No. 18.)

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 10th day of December, 2012